## IN THE CIRCUIT COURT OF HEMPSTEAD COUNTY, ARKANSAS

BURNICE POWELL
SUSAN LACAZE AND LIONEL LACAZE                                    PLAINTIFFS

VS.                         NO. CIV. 2009-57-1

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY                                                  DEFENDANT

### FIRST AMENDED COMPLAINT

Come now the Plaintiffs, Burnice Powell; Susan Lacaze and Lionel Lacaze and for their cause of action against State Farm Fire and Casualty Insurance Company, (hereinafter "State Farm"), alleges:

### PARTIES

1. The Plaintiffs were at all times relevant to this cause of action, citizens and residents of Hempstead County, Arkansas.

2. The Defendant is a foreign insurance company that is licensed to do business in the State of Arkansas. State Farm may be served with a Summons via the Arkansas Insurance Commissioner.

### JURISDICTION AND VENUE

3. All actions giving rise to this Complaint occurred in Hempstead County, Arkansas. This court has subject matter jurisdiction over the cause and in personam jurisdiction over the parties. Venue is proper in this court pursuant to Ark. Code Ann. Section 23-79-204.

### FACTUAL BACKGROUND

4. State Farm issued a dwelling fire insurance policy number 04-BO-6380-2 to the Plaintiffs to cover a trailer home located at 1165 County Road 57 in Springhill in

EXHIBIT 1

which Lionel and Susan Lacaze and their children resided. This policy was in full force and effect at all times relevant to this cause of action in exchange for the Plaintiffs paying a premium to State Farm for this coverage. Burnice Powell was a co-signor for the trailer home and was an additional named insured.

5. On the morning of February 16, 2006 a fire ignited at the trailer home that was insured. The fire departments from Spring Hill and Patmos responded to the fire but the entire trailer and contents were destroyed.

6. The Plaintiffs gave proper notice of the loss to State Farm and its agents.

7. The Plaintiffs' copy of the policy was destroyed in the fire and they have good cause for not attaching a copy of it to this Complaint as required by Ark.R.Civ.Pro 10(d) since they would have to call upon State Farm's agent to provide them with a copy. State Farm will not be prejudiced by this absence since it has the original policy in its files.

8. The Plaintiffs have performed all conditions precedent to obtaining loss benefits including being submitted to an examination under oath by legal counsel for State Farm shortly after the fire loss.

## CAUSE OF ACTION

9. State Farm has breached their contract with the plaintiffs by denying coverage for this loss without a rational basis for their denial.

## COMPENSATORY DAMAGES

10. As a result of the breach of contract by State Farm, the Plaintiffs have suffered the following damages:

   (a) Loss of their 1995 mobile home with an agreed upon value of $23,900;

(b) Loss of contents in said mobile home;

(c) Out-of-pocket expenses relating to food, shelter, clothing and other related expenses;

(d) Clean-up expenses; and

(e) Having to continue to make monthly mortgage payments to Green Tree Lending which is the mortgage holder for the 1995 mobile home.

11. In addition, plaintiffs are entitled to twelve percent (12%) damages, plus interest, upon said amount, together with a reasonable attorney's fee for being forced to prosecute the insurer in this civil action as provided in Ark. Code Ann. Section 23-79-208.

## JURY TRIAL DEMANDED

12. Plaintiffs demand a trial by jury upon all factual issues herein.

WHEREFORE, the Plaintiffs pray for judgment against Defendant State Farm Fire and Casualty Insurance Company for compensatory damages; for 12% damages plus interest; pre-judgment interest and post-judgment interest; for a reasonable attorney's fee, for a trial by jury, for their costs herein expended; and for all other just and proper relief to which they may be entitled.

Respectfully submitted:

Jim Jackson
Jackson Law Firm
1 Riverfront Place; Suite 605
North Little Rock, AR 72114
(501) 244-9896

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true copy of this pleading to Mr. Jim Tilley; Watts, Donovan & Tilley, 200 S. Commerce Street; Suite 200; Little Rock, AR 72201-1769 on this 15th day of December, 2009.

Jim Jackson