IN THE CIRCUIT COURT O HEMPSTEAD COUNTY, ARKANSAS

BERNICE POWELL and
SUSAN LACAZE                                                    PLAINTIFFS

FILED 2009 DEC 31 A 11: 57
CAROLYN NEEL
CIRCUIT CLERK
HEMPSTEAD COUNTY, AR

VS.                                      CV-2009-57-1

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY                                    DEFENDANT

## ANSWER TO FIRST AMENDED COMPLAINT

COMES the Defendant, State Farm Fire & Casualty Insurance Company, by and through its attorneys, Watts, Donovan & Tilley, P.A., and for its Answer to Plaintiffs' First Amended Complaint, states:

1. Based on present knowledge, information, and belief the Defendant admits the allegations contained in Paragraph No. 1 of Plaintiffs' First Amended Complaint.

2. The Defendant admits it is a foreign corporation authorized to do business in the State of Arkansas, but denies that its Agent for Service is the Arkansas Insurance Commissioner.

3. The Defendant is presently without knowledge or belief regarding the allegations contained in Paragraph No. 3 of Plaintiffs' First Amended Complaint and therefore denies same.

4. The Defendant admits it issued a policy of insurance covering a mobile home located in Springhill, but is presently without knowledge or belief regarding the remaining allegations contained in Paragraph No. 4 of Plaintiffs' First Amended Complaint and therefore denies same.

5. The Defendant admits a fire loss occurred on or about February 16, 2006, but is presently without knowledge or belief regarding the remaining allegations contained in Paragraph


EXHIBIT 2

No. 5 of Plaintiffs' First Amended Complaint and therefore denies same.

6. The Defendant is presently without knowledge or belief regarding the allegations contained in Paragraph No. 6 of Plaintiffs' First Amended Complaint and therefore denies same.

7. The Defendant denies the allegations contained in Paragraph No. 7 of Plaintiffs' First Amended Complaint and affirmatively pleads Rule 10(b) of Arkansas Rules of Civil Procedure and moves the cause of action be dismissed or stayed pending the Plaintiffs' compliance with Rule 10(b).

8. The Defendant admits the insureds have submitted to an Examination Under Oath, but denies the remaining allegations contained in Paragraph 8 of Plaintiffs' First Amended Complaint.

9. The Defendant denies the allegations contained in Paragraph 9 of Plaintiffs' First Amended Complaint.

10. The Defendant denies the Plaintiffs are entitled to the relief sought in Paragraph Nos. 10, 10(a), 10(b), 10(c), 10(d), 10(e) and 11 of Plaintiffs' First Amended Complaint and denies same in said paragraphs.

11. The Defendant affirmatively pleads the fire was caused by or at the direction of the named insured(s) and further, as a defense to the claims of Plaintiffs, the Defendant contends there has been fraud and false representation in the submission of their claims for coverage and in the investigation of same. Said defenses should act as a complete bar to the claims of Plaintiffs.

12. Alternatively, the Defendant requests a trial by jury of all controverted issues of fact arising herein.

WHEREFORE, premises considered, the Defendant prays Plaintiffs take nothing by their Complaint, nor First Amended Complaint, for its costs and all other proper relief.

WATTS, DONOVAN & TILLEY, P.A.
200 S. COMMERCE STREET, SUITE 200
LITTLE ROCK, AR 72201-1769
(501) 372-1406
(501) 372-1209 FAX

By: _____
     JIM TILLEY (80148)

### CERTIFICATE OF SERVICE

I, Jim Tilley, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below this 30 day of December, 2009.

Mr. Jim Jackson
Jackson Law Firm
1 Riverfront Plaintiff., Ste. 605
North Little Rock, AR 72114

_____
JIM TILLEY